UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

RADHA SHARMA,                    )
                                 )      1:10-CV-00596 OWW SKO
            Plaintiff,           )
                                 )      ORDER DISMISSING ACTION FOR
     v.                          )      FAILURE TO SUBMIT
                                 )      STIPULATED DISMISSAL
J&L TEAMWORKS,                   )
                                 )
            Defendant.           )
                                 )
                                 )
_____  )

The parties in this matter having previously notified the court that a settlement had been reached in this matter, and having failed to submit a stipulated dismissal as requested;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   November 12, 2010**            /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

1